NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                             Criminal Number  1:05-cr-00316-ESH

**SARA MARITZA RAYO**
     (Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA            [ ] RETAINED            [ ] FEDERAL PUBLIC DEFENDER

_____
            (Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Carmen D. Hernandez (MD 03366)
  (Attorney & Bar ID Number)

_____
            (Firm Name)
717 D Street NW # 310
           (Street Address)
Washington, DC  20004
   (City)        (State)     (Zip)
202-628-0090 or 240-472-3391
       (Telephone Number)