UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | Criminal No. 05-316 (ESH) |
| ) | |
| PABLO RAYO MONTANO      ) | |
| *et al.*,      ) | |
| ) | |
| Defendants.      ) | |
| ) | |

### ORDER

Based on the status conference held with the parties on September 20, 2007, it is hereby **ORDERED** that:

(1) the government shall provide English translations of Fed. R. Crim. P. 16 discovery materials obtained from Brazil by November 1, 2007;

(2) by November 21, 2007, the government shall (a) produce any statements of a defendant pursuant to Fed. R. Crim. P. 16(a)(1)(A) and (B), and (b) identify all evidence that it intends to rely on in its case-in-chief;

(3) a status conference will be held on December 7, 2007, at 10:15 am, at which time a briefing schedule for motions will be set; and

(4) trial is scheduled to begin on May 19, 2008, at 9:30 a.m.

**SO ORDERED.**

_/s/ Ellen S Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge

Dated: 9/20/07