UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 05-316 (ESH) |
| ) | |
| PABLO RAYO MONTANO ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

FILED
FEB 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Based on the status conference held with the parties on this date, it is hereby **ORDERED** that:

(1) The parties shall utilize their best efforts to consummate any plea negotiations as soon as possible, and the government shall provide defendants with English translations of all written plea papers;

(2) The government shall utilize its best efforts to expeditiously obtain from all foreign governments any *Brady/Giglio* material;

(3) The government is to make disclosure of all *Brady/Giglio* material in its possession, custody or control;

(4) The government is to provide English transcriptions of all audio recordings that it intends to rely on as expeditiously as possible;

(5) The government shall respond to defendant's motion to disclose [#97] on or before February 25, 2008;

(6) Defendants shall file any additional pretrial and discovery motions on or before

February 29, 2008;[1]

(7) A status conference is scheduled for March 14, 2008, at 2:00 p.m. in Courtroom 14;

(8) The government shall provide the following to defendants on or before March 25, 2008: a witness list; an exhibit list and copies of all transcriptions that the government plans to use in its case-in-chief;

(9) A status conference is scheduled for March 31, 2008, at 11:00 a.m. in Courtroom 14.


**SO ORDERED**.

*/s/ Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Dated: February 15, 2008

---

[1] Prior to filing any discovery motion, defense counsel shall meet with government counsel to try to resolve any disputes.