CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 26 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 05-316-13
)
Sara Maritza Rayo )
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Sara Maritza Rayo M_
Defendant

_Carmen D. Hern___
Counsel for defendant

I consent:

_Paul Laymon_
United States Attorney

Approved:

_Ellen S Huvelle_
Judge